

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

| | | |
|---|---|---|
| *ALINA HABBA* | *Camden Federal Building & U.S. Courthouse* | *856/757-5026* |
| *United States Attorney* | *Post Office Box 2098, 401 Market Street, 4th Floor* | *Fax: 856/968-4917* |
| | *Camden, New Jersey 08101-2098* | |

July 24, 2025

Marcy Plye, Deputy in Charge
United States District Court
401 Cooper Street
Camden, New Jersey 08101

   Re: U.S. v. TALORICO
      <u>Crim. No. 20-00921 (JHR)</u>

Dear Mrs. Plye:

 Please be advised that the above-mentioned matter has been completed with respect to defendant **Daniel Talorico**.

 Kindly cancel your ORDER Setting Conditions of Release, dated October 20, 2020, in the Unsecured amount of **$50,000**.

         Very truly yours,

         ALINA HABBA
         United States Attorney

         <u>*/s/ Daniel A. Friedman*</u>
    By: DANIEL A. FRIEDMAN
         Assistant U.S. Attorney